**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6034**

FRANK STEPHON JOHNSON,

   Plaintiff - Appellant,

  v.

CORRECT CARE SOLUTIONS; MRS. M. GASKINS, Administer Nurse; DIRECTOR DR. RANDOLPH; RN SHANNON; MRS. NURSE MCLEAN; NURSE MELISSA,

   Defendants - Appellees,

  and

MRS. PARKER, Nurse,

   Defendant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Henry M. Herlong, Jr., Senior District Judge.  (0:18-cv-00876-HMH)

Submitted:  April 4, 2019       Decided:  April 10, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Frank Stephon Johnson, Appellant Pro Se. Mark Victor Gende, Ryan Joseph Patane, SWEENY, WINGATE & BARROW, PA, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Stephon Johnson appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) civil action for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Correct Care Sols.*, No. 0:18-cv-00876-HMH (D.S.C. Dec. 19, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*